**Lake Perriguey,** OSB #983213
Email: lake@law-works.com
LAW WORKS LLC
1906 S.W. Madison Street, Ste 201
Portland, Oregon 97205 Telephone: (503) 227.1928
Facsimile: (503) 334.2340
*Attorney for Plaintiff*

**Román Hernández**, OSB #011730
Email: rhernandez@cablehuston.com
CABLE HOUSTON
1455 SW Broadway Ave., Suite 1500
Portland, OR 97204
Telephone: 503.224.8548
Facsimile: 503.224.3176
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BETH SCHMIDT,**<br><br>Plaintiff,<br><br>v.<br><br>**MCCRAE CARMICHAEL and MID-WILLAMETTE VALLEY COUNCIL OF GOVERNMENTS,**<br><br>Defendants. | No. 6:26-cv-0002-AA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Beth

Schmidt and Defendants Mid-Willamette Valley Council of Governments and McRae Carmichael, through their undersigned counsel, stipulate to dismissal of this action in its entirety, including all claims against all Defendants, with prejudice and without an award of costs or disbursements to any party, each party bearing its own costs and disbursements.

November 2026

*s/Lake Perriguey*
Lake Perriguey, OSB#983213
Email: lake@law-works.com

*s/Román D. Hernández*
Román D. Hernández OSB #011730
Email: rhernandez@cablehouston.com



LAW WORKS LLC
Madison Manor
1906 SW Madison St., Suite 201
Portland, OR 97205
Telephone: 503.227.1928
Fax: 503.3342340